UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2020
```

Karen Lee Freedman,

                Plaintiff,

    –v–

City of New York, *et al.*,

                Defendants.

18-cv-8063 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 27, 2020, the Court granted the City of New York's and Joseph Fucito's motion for judgment on the pleadings and dismissed the claims against them without prejudice. *See* Dkt. No. 41. It advised Plaintiff that if she wished to file a second amended complaint, she had do so within 21 days of the date of the May 27 Opinion and Order and warned her that failure to do so would result in dismissal of her claims against the City and Fucito with prejudice.

    The Court also advised Plaintiff that if she wished to proceed with her claim against the four Sheriff's Deputies—the remaining defendants—she had to file proof of service of the Amended Complaint on them within 14 days of the date of the May 27 Opinion and Order and warned her that if she failed to file proof of service within that time, her remaining claim against the four Sheriff's Deputies would be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4(m).

    As of the date of this Order, Plaintiff has neither filed a second amended complaint, nor has she filed proof of service of the Amended Complaint on the four Sheriff's Deputies. Accordingly, Plaintiff's claims against the City and Fucito are dismissed with prejudice, and

Plaintiff's claims against the four Sheriff's Deputies are dismissed without prejudice. The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: July 2, 2020
      New York, New York

                                        ALISON J. NATHAN
                                  United States District Judge